1034

[Nos. 20280-1-III; 20296-8-III.   Division Three.   May 9, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA EDWARD
SELLERS, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. ERIK EVERET
SAILOR, *Appellant*.

Appeals from judgments of the Superior Court for Spokane County, Nos. 01-1-00618-6 and 01-1-00624-1, Tari S. Eitzen, J., entered June 16, 2001. *Affirmed* by unpublished opinion per Brown, C.J., concurred in by Schultheis and Kato, JJ.

[No. 25110-8-II.   Division Two.   May 10, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. DOROTHY ANN
BENNETT, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 98-1-00910-1, Wm. Thomas McPhee, J., entered September 30, 1999. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Quinn-Brintnall, A.C.J., and Morgan, J.

[No. 25724-6-II.   Division Two.   May 10, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRANCE D.
BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-04906-5, Bryan E. Chushcoff, J., entered February 11, 2000. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Hunt, C.J., and Morgan, J.